```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re: MERRILL LYNCH & CO., INC.,    :    Master File No.:
SECURITIES, DERIVATIVE AND ERISA     :    07 Civ. 9633 (JSR)
LITIGATION                           :
------------------------------------x
PERTAINS TO Louisiana Sheriffs'           ORDER
Pension and Relief Fund v. Conway,
08 Civ. 9063
```

JED S. RAKOFF, U.S.D.J.

By Order dated August 24, 2009, the Court preliminarily approved the settlement and provision of notice in the above-captioned matter. The Court accordingly dismisses as moot any outstanding motions to dismiss. The Clerk of the Court is hereby directed to close document numbers 13, 15, 22, 43, and 46 on the docket of this case.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       August 26, 2009

