UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MERRILL LYNCH & CO., INC. SECURITIES, DERIVATIVE AND ERISA LITIGATION | Master File No. 07-cv-9633 (JSR)(DFE) |
| This Document Relates To: Louisiana Sheriffs' Pension and Relief Fund, et al. v. Conway, et al., 08cv9063 (JSR)(DFE) | |

**NOTICE OF BOND PLAINTIFFS' MOTION FOR APPROVAL OF
PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS**

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that upon the (i) Declaration of Max W. Berger and Mark Lebovitch in Support of Bond Plaintiffs' Motion for Final Approval of Class Action Settlement and Certification of the Bond Class and Motion for Approval of Plan of Allocation of Settlement Proceeds, and Bond Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; and (ii) Memorandum of Law in Support of Bond Plaintiffs' Motion for Approval of Plan of Allocation of Settlement Proceeds being filed concurrently herewith; and all prior proceedings had herein, Bond Plaintiffs Louisiana Sheriffs' Pension and Relief Fund and Louisiana Municipal Police Employees' Retirement System, on behalf of themselves and on behalf of the Bond Class, by and through their counsel, will move this Court before the Honorable Jed S. Rakoff on November 23, 2009 at 4:00 p.m. at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007, for final approval of the proposed Plan of Allocation of the Settlement proceeds set forth in the Notice of

Pendency of Class Action and Proposed Settlement, Settlement Fairness Hearing and Motion for Attorneys' Fees and Reimbursement of Litigation Expenses.

Dated: October 23, 2009 　　　　　　　　　　　　　Respectfully submitted,

                  **BERNSTEIN LITOWITZ BERGER**
                        **& GROSSMANN LLP**

                          /s/ Max W. Berger
                  By:  Max W. Berger
                       Mark Lebovitch
                  1285 Avenue of the Americas
                  New York, New York 10019
                  Tel: (212) 554-1400
                  Fax: (212) 554-1444

                  ***Bond Counsel***

# 414951.2